Jaimie Mak (State Bar No. 236505)
**RICHMAN LAW & POLICY**
535 Mission Street
San Francisco, CA 94105
Telephone: (415) 259-5688
jmak@richmanlawpolicy.com

*Attorney for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Devery Merlo, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>   vs.<br><br>Water Wipes (USA), Inc.,<br><br>        Defendants. | Case No. 3:25-cv-04640-EMC<br><br>**STATUS LETTER**<br><br>Compl. Filed: June 2, 2025<br><br>Hon. Edward M. Chen |

– 1 –

STATUS LETTER

Plaintiff Devery Merlo ("Plaintiff") and Defendant Water Wipes (USA), Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, respectfully submit this status update on the above-captioned matter.

On September 18, 2025, the Court granted the Parties' motion to temporarily stay the case. (ECF No. 20 (the "Order").) Per the Order, the Parties submit this status letter apprising the Court of their efforts to resolve this matter.

The Parties participated in a mediation on March 10, 2026, but did not reach a resolution. The parties still have the option to complete another half-day mediation. The parties have agreed to a framework for ongoing direct settlement discussions and intent to work collaboratively to structure a settlement that may be approved by the court. The parties may schedule a second mediation session to take place during the next 90-120 days should that be necessary. For the reasons set forth herein, the parties respectfully request that the Court continue this matter as the parties continue to work towards   a good faith resolution.

DATED:  July 10, 2026                                Respectfully submitted,

**RICHMAN LAW & POLICY**

By: */s/* Jaimie Mak                          
Jaimie Mak (SBN 236505)

*Attorney for Plaintiff Amanda Schwartz, on behalf of herself and all others similarly situated*

**KELLER AND HECKMAN LLP**


By: */s/ Rohit A. Sabnis*                          
Rohit A. Sabnis (SBN 221465)
Three Embarcadero Center, Suite 1420
San Francisco, CA 94111
Telephone: (415) 948-2800
sabnis@khlaw.com

– 2 –
STATUS LETTER

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Jaimie Mak, attest that concurrence in the filing of this document has been obtained.

DATED: July 10, 2026                              */s/ Jaimie Mak*
                                                 Jaimie Mak